# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
## Eastern Division

Victor Rosas

                Plaintiff,

v.

Xavier Elizondo, et al.

                Defendant.

Case No.: 1:18–cv–03933
Honorable John J. Tharp Jr.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 19, 2018:

      MINUTE entry before the Honorable John J. Tharp, Jr:The motion [36] entered in Case No. 18 CV 3933 to reassign cases 18 CV 4020 and 18 CV 4379 to this Court based on grounds of relatedness is denied. Per the Executive Committee order entered in this case, however, Judge Tharp will preside over and coordinate all pretrial matters in Case Nos. 18 CV 3933, 18 CV 4020, 18 CV 4233, and 18 CV 4379 in accordance with IOP 13(e). Accordingly, a joint status hearing before Judge Tharp will be held for these cases on Tuesday, November 27, 2018 at 10:00 a.m. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.