UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Victor Rosas
                Plaintiff,

v.                                                       Case No.: 1:18−cv−03933
                                                       Honorable John J. Tharp Jr.

Xavier Elizondo, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 27, 2018:

      MINUTE entry before the Honorable John J. Tharp, Jr:Joint status hearing held and continued to 1/23/19 at 9:30 a.m. Defendants' motions to stay and join [39 ] in case 18−cv−4233 and [21] [25] [29] in case 18−cv−3933 are granted in part. Proceedings as to defendants Elizondo and Salgado are stayed pending further order of the Court, as follows: the defendants (1) need not answer any pending complaint, to the extent that they have not already done so; (2) need not respond to interrogatories and requests for admissions; and (3) need not sit for deposition. This stay does not relieve these defendants from obligations imposed by the MIDP program, from responding to document requests, or otherwise participating in discovery. All parties must provide required MIDP initial production by January 7, 2019. Once a party has complied with the MIDP initial production requirements, formal discovery may be issued. Further discovery scheduling and supervision, to include the setting of a deadline for motions for leave to amend pleadings and join parties, is referred to Magistrate Judge Schenkier pursuant to the Executive Committee order of 11/16/18. The referral also includes authority to conduct any settlement conferences parties may seek. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.