IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Victor Rosas, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 18-cv-3933 ) ) Judge John J. Tharp, Jr. |
| CHICAGO POLICE SGT. XAVIER ELIZONDO, Star No. 1340; CHICAGO POLICE OFFICER DAVID SALGADO, Star No. 16347; OTHER UNKNOWN CHICAGO POLICE OFFICERS And THE CITY OF CHICAGO, a Municipal Corporation, | ) ) Magistrate Judge Mary M. Rowland ) ) ) ) ) |
| Defendants. | ) |

### STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled by the parties and, therefore, this cause should be dismissed without prejudice, to be automatically converted to dismissal with prejudice 75 days from entry of the Court's order, unless a party has moved to extend this date prior to the expiration of the 75 days. Each side shall bear its own costs and attorneys' fees.

_____
Jeffery Neslund
Attorney for Plaintiff, Victor Rosas
Law Offices of Jeffrey J. Neslund
20 North Wacker Drive, Suite 3710
Chicago, Illinois 60606
(312) 223-1100, Attorney No. 6215115
DATE: 2-14-19

Respectfully submitted,
CITY OF CHICAGO
a Municipal Corporation

EDWARD N. SISKEL
Corporation Counsel
Attorney for City of Chicago
BY: _____
Steffanie Garrett
Deputy Corporation Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-6959, Attorney No. 6206951
DATE: _____

_____
Shneur Nathan
Special Assistant Corporation Counsel
Nathan & Kamionski LLP
33 West Monroe Street, Suite 1380
Chicago, Illinois 60603
(312) 612-1079, Attorney No. 6294495
DATE: 2/14/19

*/s/ Kenneth M. Battle*
Kenneth M. Battle
Special Assistant Corporation Counsel
Attorney for Defendant, Xavier Elizondo
20 North Clark, Suite 1600
Chicago, Illinois 60602
(312) 786-4607, Attorney No. 6269381
DATE: 2/13/19

*/s/ Whitney Hutchinson*
Whitney Hutchinson
Special Assistant Corporation Counsel
Attorney for Defendant, David Salgado
Borkan & Scahill, Ltd.
20 South Clark, Suite 1700
Chicago, Illinois 60603
(312) 580-1030, Attorney No. 6303571
DATE: 2/13/19

2